IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01840-REB-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

Plaintiff(s),

v.

DOLLAR TREE STORES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED Defendant Dollar Stores, Inc.'s Motion to Stay And Extend Time to Answer (docket no. 18) is GRANTED.  Defendant Dollar Tree Stores, Inc. is not required to file an Answer to the Complaint until after Judge Blackburn rules on the Defendant Dollar Tree Stores, Inc.'s Motion to Dismiss Count III of Plaintiff's Complaint Alleging State Law Unjust Enrichment Claim (docket no. 17).  Nevertheless, there is no requirement that an Answer needs to filed before a Rule 16 Scheduling Conference may be held.  Accordingly, the Rule 16 Scheduling Conference remains set on October 20, 2011, at 9:30 a.m. and the parties shall file their proposed Rule 16 Scheduling Order with the court on or before October 15, 2011.

Date:   October 5, 2011