**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.11-cv-01840-REB-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Plaintiff's Motion For Class Certification and Incorporated Memorandum of Law** [#33][2] filed October 17, 2011. The motion is **STRICKEN**, with leave to re-file, for violating this court's practice standard, REB Civ. Practice Standard V.B.1.

    Dated: October 18, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.