**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.11-cv-01840-REB-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

The following matters are before the court for consideration:

- **Plaintiff's Motion For Leave To Exceed The Page Limitation in Filing Plaintiff's Motion For Class Certification and Incorporated Memorandum of Law and Plaintiff's Motion For an Order Prmitting** [*sic*] **Supervised Notice of This Action To Potential Opt-In Plaintiffs and Conditional Certification of This Case as a Collective Action and Incorporated Memorandum of Law** [#42][2] filed October 19, 2011; and

- **Dollar Tree Stores, Inc.'s Expedited Motion For an Extension of Time To Respond To Plaintiff's Motion For Certification and For Other Relief** [#53] filed October 27, 2011.

After reviewing the motions and the file, the court has concluded that the motions should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion For Leave To Exceed The Page Limitation in Filing Plaintiff's Motion For Class Certification and Incorporated Memorandum of Law and Plaintiff's Motion For an Order Prmitting** [*sic*] **Supervised Notice of This Action To Potential Opt-In Plaintiffs and Conditional Certification of This Case as**

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**a Collective Action and Incorporated Memorandum of Law** [#42] filed October 19, 2011, is **GRANTED**;

  2.  That plaintiff's motion for class certification may exceed the page limitations by fourteen (14) pages, and **Plaintiff's Motion For Class Certification and Incorporated Memorandum of Law** [#43] is accepted for filing;

  3.  That plaintiff's motion to permit supervised notice of potential opt-in plaintiff's may exceed the page limitations by eight (8) pages, and **Plaintiff's Motion For an Order Permitting Supervised Notice of This Action To Potential Opt-In Plaintiffs and Conditional Certification of This Case as a Collective Action and Incorporated Memorandum of Law** [#44] is accepted for filing;

  4.  That **Dollar Tree Stores, Inc.'s Expedited Motion For an Extension of Time To Respond To Plaintiff's Motion For Certification and For Other Relief** [#53] filed October 27, 2011, is **GRANTED**; and

  5.  That defendant shall have until **January 6, 2012**, in which to file a response to **Plaintiff's Motion For Class Certification and Incorporated Memorandum of Law** [#43] and **Plaintiff's Motion For an Order Permitting Supervised Notice of This Action To Potential Opt-In Plaintiffs and Conditional Certification of This Case as a Collective Action and Incorporated Memorandum of Law** [#44].

  Dated:  November 3, 2011