# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-01840-REB-MJW          FTR - Courtroom A-502

**Date:**   November 29, 2011                       Courtroom Deputy, Laura Galera

<u>*Parties*</u>                                    <u>*Counsel*</u>

TAYNA YOUNG,                                        Andrew R.  Frisch   (Davie, FL)

    Plaintiff(s),

v.

DOLLAR TREE STORES, INC.,                           Kenneth M.  Willner   (DC )
                                                    Stacy D.  Mueller
    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC MOTION HEARING
**Court in Session:**   10:00 a.m.
Court calls case.  Appearances of counsel.

*The Complaint names TAYNA YOUNG as the Plaintiff, and indicates the spelling TAYNA YOUNG throughout the Complaint.  At Docket No. 6, the spelling of the Plaintiff's name is now shown as TANYA YOUNG.  This Courtroom Minutes/Minute Order continues to reflect the spelling as in the Complaint [Docket No. 1].*

The Court raises defendant's Expedited Motion Permitting Declarant Depositions and for Other Relief for argument.

Argument by Mr. Willner and Mr. Frisch.

**It is ORDERED:**   Defendant Dollar Tree Stores, Inc.'s EXPEDITED MOTION PERMITTING DECLARANT DEPOSITIONS AND FOR OTHER RELIEF [Docket No. 70, Filed November 22, 2011]  is GRANTED for reasons as set forth on the record.

**It is ORDERED**:   Plaintiff to provide the defendant the current names, addresses and telephone numbers of the thirteen Declarants in support of Plaintiff's Motion for Class Certification and Incorporated Memorandum of Law [Docket No. 43, Filed October 19, 2011] within the next **two days.**  All depositions of the additional thirteen Declarants shall be completed by **December 21, 2011.**

Hearing concluded.
**Court in recess:**   10:48 a.m.

Total In-Court Time 00:48

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free   1-800-962-3345.