# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 11-cv-1840-REB-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiffs,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter comes before the Court, *sua sponte*.

    **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and **Fed. R. Civ. P.** 72(a) and (b), this matter is referred to the assigned United States Magistrate Judge:

    (1) To convene a scheduling conference under **Fed. R. Civ. P.** 16(b), enter a Scheduling Order that satisfies the requirements of D.C.COLO.LCivR 16.2, and enter such orders as appropriate to enforce the Scheduling Order and resolve discovery matters; provided, further that at the scheduling conference, the Magistrate Judge shall advise the parties of Judge Blackburn's practice standards found at [www.cod.uscourts.gov.](www.cod.uscourts.gov.);

    (2) To provide an Early Neutral Evaluation at the request of the parties in accordance with D.C.COLO.LCivR 16.6 in connection with which the Magistrate Judge shall also advise the parties that after such evaluation, if they mutually desire to settle the case, then on a showing that they need assistance and have been unable to obtain it privately, they may file a motion requesting a settlement conference;

    (3) To hear and finally determine non-dispositive matters that have been referred, subject to the exceptions found in 28 U.S.C. § 636(b)(1)(A);

    (4) To hear and make recommendations on dispositive matters that have been referred as defined in 28 U.S.C. § 636(b)(1)(A); and

(5) That this Order of Reference supplants and supersedes the court's **Order of Reference To United States Magistrate Judge** [#3][1] entered July 20, 2011.

Dated December 15, 2011, at Denver, Colorado.

BY THE COURT:

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.