**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-1840-REB-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiffs,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

_____

**MINUTE ORDER**[1]

_____

        The matter is before the court on **Defendant Dollar Tree Stores, Inc.'s Motion To Increase The Page Limit For its Briefs in Opposition To Plaintiff's Certification Motions** [#90][2] filed December 16, 2011.  The motion is **GRANTED** in part.  The defendant's response to the plaintiff's motion for class certification may exceed the page limitation by 14 pages.  The defendant's response to the plaintiff's motion for conditional certification and to permit supervised notice of potential opt in plaintiffs may exceed the page limitation by 8 pages.  Otherwise, the defendant's motion is denied.

        Dated:  December 19, 2011

_____

        [1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

        [2] "[#90]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.