**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-1840-REB-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiffs,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court on **Defendant Dollar Tree Stores, Inc.'s Motion For Leave To File Supplemental Evidence and Brief Supporting its Motion To Strike Declarations in Support of Plaintiff's Motions For Certification** [#191][2] filed April 26, 2012. The motion is **GRANTED**, and **Defendant Dollar Tree Stores, Inc.'s Supplemental Evidence and Brief Supporting its Motion To Strike Declarations in Support of Plaintiff's Motion For Certification** [#191-1] and the exhibit attached thereto, are accepted for filing.

    Dated: May 2, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#191]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.