IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-01840-REB-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

Plaintiff(s),

v.

DOLLAR TREE STORES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Renewed Motion for Protective Order Regarding the Location of Opt-In Plaintiffs' Depositions and Incorporated Memorandum of Law (docket no. 169) is **MOOT** and therefore **DENIED**.

On March 14, 2012, Magistrate Judge Watanabe entered his **ORDER REGARDING  OPT-IN PLAINTIFFS' ALISHA KELLEY, QUINALA YOUNG, ADAM HADDOCK, JERRY GOODWIN, LETTI HAYDEN, KIM HIGLEY, YOLANDA JOHNSON, CHRISTOPHER KUNN, DAVID KERSCHKE, TANISHA MOFFETT, JOHNNY ROLDAN, JAMIE RUSE, JANET RUSSELL, DAVID SANTIAGO, DENISE SUSTERICH, KONRAD VENDRAK, AND GABRIEL THOMAS MOTION FOR PROTECTIVE ORDER REGARDING THE LOCATION OF DEPOSITIONS AND INCORPORATED MEMORANDUM OF LAW (DOCKET NO. 149)**.  See docket no. 161.

On March 23, 2012, Plaintiff filed her **OBJECTIONS** to Magistrate Judge Watanabe's Order [docket no. 161] (docket no. 168).  After filing her **OBJECTIONS** (docket no. 168), the Plaintiff then filed the subject motion (docket no. 169).  In essence, the same relief is sought by Plaintiff in both motions (docket nos. 168 and 169).  That filing an **OBJECTION** to Magistrate Judge Watanabe's Order (docket no. 161) is consistent with Fed. R. Civ. P. 72 is procedurally correct.  The filing of Plaintiff's Renewed Motion for Protective Order Regarding the Location of Opt-In Plaintiffs' Depositions and Incorporated Memorandum of Law (docket no. 169) is procedurally incorrect.

Date:  May 2, 2012