IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01840-REB-MJW

TANYA YOUNG, on her own behalf and on behalf of others similarly situated,

Plaintiff(s),

v.

DOLLAR TREE STORES, INC.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

In view of the Plaintiff's Notice of Withdrawing Motion to Compel (DE #215) (Docket No. 221), it is hereby ORDERED that Plaintiff's Motion to Compel Responses to Opt-In Plaintiff Keisha Miller's Second Request to Produce (Docket No. 215) is deemed withdrawn.

Date: June 29, 2012