IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01840-REB-MJW

TANYA YOUNG, on her own behalf and on behalf of others similarly situated,

Plaintiff(s),

v.

DOLLAR TREE STORES, INC.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendant's Motion to Modify Scheduling Order [docket no. 224] and Plaintiff's Motion for Relief Amending The Court's October 20, 2011 Scheduling Order (docket no. 48) [docket no. 225] are both GRANTED as outlined below finding good cause.

The parties have been unable to agree upon a reasonable number of requests for production of documents and requests for admission. Plaintiff has proffered that more than 25 current or former Assistant Store Managers have filed Consents to join this lawsuit. See paragraph 3 in Plaintiff's subject motion [docket no. 225]. Here, I find that additional discovery should be allowed based upon the number of Consents to join this lawsuit. Accordingly, the court will amend the Rule 16 Scheduling Order [docket no. 48] as follows:

(1) That Plaintiff Tanya Young and all of the Opt-In and/or other named Plaintiffs may serve collectively a total of 80 requests for production of documents on Defendant Dollar Tree Stores. Defendant Dollar Tree Stores may serve 20 identical and 3 additional requests for production of documents on Plaintiff Tanya Young and on each of the Opt-In and/or other named Plaintiffs.

(2) That Plaintiff Tanya Young and all of the Opt-In and/or other named Plaintiffs may collectively serve a total of 80 requests for admission on Defendant Dollar Tree Stores. Defendant Dollar Tree Stores may serve may serve 20 identical and 3 additional requests for admission on Plaintiff Tanya Young and on each of the Opt-In and/or other named Plaintiffs.

Date: July 5, 2012