# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-01840-REB-MJW          FTR - Courtroom A-502

**Date:**   July 09, 2012                           Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                    <u>*Counsel*</u>

TAYNA YOUNG,                                       Keith M. Stern
on her own behalf and on behalf of others similarly
situated,

     Plaintiff(s),

v.

DOLLAR TREE STORES, INC.,                          Kenneth M. Willner

     Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC MOTIONS HEARING**
**Court in Session:**   10:00 a.m.
Court calls case. Appearances of counsel. Also on the conference call for defendant are Steven W. Moore, Carson H. Sullivan, and Beth H. Berman.

The Court raises three motions for argument.
Argument by Keith Stern on behalf of plaintiff, and Kenneth Willner on behalf of defendant.

10:36 a.m.     Court takes a brief recess
11:06 a.m.     Court is back on the record.

The Court addresses copies of email exchanges received during the break which the Court had ordered Defendant to send via email or fax.

**It is ORDERED:**     The FAX transmission copies from Defendant - cover sheet and seven pages of correspondence - shall be filed by the Clerk of the Court under RESTRICTION LEVEL 1 as exhibits for this motion hearing only.

**It is ORDERED:**     Plaintiff's THIRD MOTION FOR ENLARGEMENT OF TIME TO DESIGNATE ALL EXPERTS [Docket No. **206**, filed June 04, 2012] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**     Plaintiff's EMERGENCY MOTION TO EXTEND ALL DEADLINES INCLUDING TRIAL DATE [Docket No. **223**, filed July 02, 2012] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   Defendant's EMERGENCY MOTION TO COMPEL DEPOSITIONS AND REQUEST FOR FORTHWITH HEARING [Docket No. **229**, filed July 06, 2012] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   Final Pretrial Conference set before Magistrate Judge Watanabe, September 07, 2012 at 9:00 a.m.  is VACATED, and will be reset by Judge Blackburn.

Trial Preparation Conference currently set before Judge Blackburn, September 14, 2012 at 4:00 p.m.  is VACATED, to be reset by Judge Blackburn.

Jury Trial currently set before Judge Blackburn, October 01, 2012 at 8:30 a.m.  is VACATED, to be reset by Judge Blackburn.

On **JULY 19,  2012**,  Counsel shall create a conference call and contact the chambers of Judge Blackburn to reset the Final Pretrial Conference, Trial Preparation Conference, and Jury Trial dates.  All participating parties are to be on the call  *before*  the Court is contacted; Plaintiff shall create the  conference call.  Once the conference call is established, the Court shall  be added as the final connection by dialing  (303) 335-2350.

**It is ORDERED:**   The   SCHEDULING ORDER [Docket No. **48**, filed October 20, 2011] is AMENDED as follows:

DISCOVERY cut-off is extended to   **OCTOBER 29, 2012.**

DISPOSITIVE MOTIONS deadline is extended to   **NOVEMBER 16, 2012.**

Parties shall designate experts on or before   **SEPTEMBER 07, 2012**
Parties shall designate rebuttal experts   on or before   **OCTOBER 08, 2012**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

Any  MOTIONS TO COMPEL DISCOVERY  shall be filed **on or before NOVEMBER 23, 2012**.

Depositions, for opt-in plaintiffs or other individuals,  currently scheduled this week and next week  shall remain  set.
**On or before   JULY 18, 2012,** plaintiff shall provide dates as to the remainder of the opt-in plaintiffs (believed to be 17) for depositions.  Plaintiff shall inform opt-in plaintiffs that they may be stricken from the lawsuit if they do not make themselves available for deposition.
Parties shall use reason and common sense to make accommodations for the three individuals identified at this time who have special concerns (*i.e.*  lack of child care, health condition).  Individuals with these needs are to provide adequate proof of their limiting issues.
The parties shall make every effort to set the depositions in JULY and/or EARLY AUGUST, 2012.

Hearing concluded.
**Court in recess:** 11:35 a.m.
Total In-Court Time 01: 35

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.