**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-1840-REB-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiffs,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

**MINUTE ORDER**[1]

**Blackburn, J.**

    **Defendant Dollar Tree Stores, Inc.'s Motion To Dismiss Count III of Plaintiff's Complaint Alleging State Law Unjust Enrichment Claim** [#17] filed September 16, 2011, is **DENIED** as moot. The plaintiff's **Amended Complaint & Demand for Jury Trial** [#25], filed October 11, 2011, has been accepted for filing. The amended complaint moots the motion.

    **Defendant Dollar Tree Stores, Inc.'s Motion To Strike Plaintiff's Amended Complaint, Pursuant To FED. R. CIV. P. 12(f)(2) and Memorandum in Support** [#41] filed October 18, 2011, is **DENIED** as moot. On November 18, 2011, the court entered an order [#69] granting the plaintiff's *Nunc Pro Tunc* **Motion for Leave to File Amended Complaint and Memorandum of Law** [#30] filed October 17, 2011. Effectively, that order moots the motion to strike.

    Dated: September 12, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.