**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-1840-REB-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiffs,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

**MINUTE ORDER**[1]

**Blackburn, J.**

    **Plaintiff's Unopposed Motion for Brief Enlargement of Time To Reply to Defendant's Opposition to Plaintiff's Motion for Class Certification and Defendant's Opposition to Plaintiff's Motion for an Order Permitting Supervised Notice of this Action and Conditional Certification of this Case as a Collective Action** [#103] filed January 20, 2012, is **GRANTED**. The replies [#118] and [#119] filed by the plaintiff are accepted as timely filed.

    **Plaintiff's Motion for Leave to Exceed the Page Limitation in Filing Plaintiff's Reply to Defendant's Response in Opposition to Plaintiff's Motion for Class Certification and Incorporated Memorandum of Law and Plaintiff's Motion for an Order Prmitting Supervised Notice of this Action to Potential Opt-in Plaintiffs and Conditional Certification of this Case as a Collective Action and Incorporated Memorandum of Law** (sic) [#112] filed February 2, 2012, is **GRANTED**.

    **Defendant Dollar Tree Stores Inc.'s Motion for Leave to File a Sur-reply in Support of its Opposition to Plaintiff's Motions for Class and Collective Certification** [#135] filed February 21, 2012, is **DENIED**.

    The plaintiff's **Unopposed Motion for Oral Argument** [#175] filed March 29, 2012, is **DENIED**.

    Dated: September 12, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.