IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01840-REB-MJW

TANYA YOUNG, on her own behalf and on behalf of others similarly situated,

Plaintiff(s),

v.

DOLLAR TREE STORES, INC.,

Defendant(s).

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Unopposed Motion for Clarification and/or To Appear Telephonically for Scheduling Conference Set on November 27, 2012 (Docket No. 320) is granted. All counsel may participate in the Scheduling Conference set on November 27, 2012, at 10:00 a.m. Mountain Time by telephone. Plaintiffs' counsel shall initiate the conference call, and once all counsel are on the line, the call shall be put through to the court at (303) 844-2403.

Date: November 26, 2012