IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 11-cv-01840-REB-MJW | FTR - Courtroom A-502 |
| **Date:** November 27, 2012 | Courtroom Deputy, Ellen E. Miller |

| _Parties_ | _Counsel_ |
|---|---|
| TAYNA YOUNG, | Andrew R. Frisch |
| | Keith M. Stern |
| Plaintiff(s), | |
| v. | |
| DOLLAR TREE STORES, INC., | Kenneth M. Willner |
| | Steven W. Moore |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE
**Court in Session:** 10:00 a.m.
Court calls case. Appearances of counsel.

It is noted approximately 2,750 individuals have submitted notices to be party plaintiffs. It appears there is a potential for nearly 30,000.

It is noted Judge Blackburn's Order [Docket No. 313], entered November 13, 2012, extended the deadline for return of a corrected and executed Consent to Become Party Plaintiff form to January 21, 2012 [sic]. As the date has been extended to 2013, it is determined that entering an Amended Scheduling Order at this time is premature.

**It is ORDERED:** A **TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE** is set **FEBRUARY 14, 2013 at 9:00 a.m.** (Mountain Time).

All participating parties are to be on the call _before_ the Court is contacted; Plaintiff shall create the conference call. Once the conference call is established, the Court shall be added as the final connection by dialing (303) 844-2403 at the scheduled time.

**It is ORDERED:** Parties shall file their joint PROPOSED AMENDED SCHEDULING ORDER **on or before FEBRUARY 11, 2013.** The parties' Proposed Amended Scheduling Order [Docket No. 324, filed November 23, 2012] will not be considered by the Court.

Pursuant to D.C.COLO.LCivR 10.1 it is noted that the proper case number for this action is **11-cv-01840-REB-MJW** and <u>not</u> 11-cv-04132-REB-MJW as noted on the Proposed Amended Scheduling Order [Docket No. 324]. Counsel are directed to edit their records accordingly.

Discussion is held regarding Plaintiff's Motion to Stay.

**It is ORDERED:** PLAINTIFF'S MOTION TO STAY COMPLIANCE WITH THE COURT'S NOVEMBER 9, 2012 [D.E.311] ON DEFENDANT'S MOTION TO COMPEL [Docket No. **323**, filed November 23, 2012] is **GRANTED** for reasons as set forth on the record.

Hearing concluded.
**Court in recess:** 10:19 a.m.
Total In-Court Time 00:19

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.