IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01840-REB-MJW

TANYA YOUNG, on her own behalf and on behalf of others similarly situated,

Plaintiff(s),

v.

DOLLAR TREE STORES, INC.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant's Motion to Compel Production of Pre-Attorney-Client Relationship Communications (docket no. 295) is DENIED WITHOUT PREJUDICE for the following reasons.

At the Rule 16 Scheduling Conference before Magistrate Judge Watanabe on November 27, 2012, it was determined by Magistrate Judge Watanabe that there are approximately 30,000 putative class members who have not yet decided to either opt-in or opt-out of this lawsuit.  Judge Blackburn has extended the time for these putative class members to make a decision to either opt-in or opt-out to January 21, 2013.  Accordingly, the Rule 16 Scheduling Conference concerning the merits of this case was continued to February 14, 2013, at 9:00 a.m. because until this court knows the number of plaintiffs who will be participating in this lawsuit, it would be premature to conduct a Rule 16 Scheduling Conference on the merits.  Moreover, it is premature to address the subject motion (docket no. 295) until this court knows the total number of plaintiffs who will be participating in this lawsuit.

Date: December 5, 2012