### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 11-cv-1840-REB-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiffs,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

### ORDER APPROVING FORM OF WRITTEN EXPLANATION

**Blackburn, J.**

This matter is before me on the **Plaintiff's Notice of Filing** [#327][1] filed November 26, 2012, and the **Plaintiff's Second Notice of Filing Corrected Consent To Become Party Plaintiff Form** [#330] filed December 6, 2012. Both of the notices concern a corrected Consent To Become Party Plaintiff form and a written explanation of the corrected form. Under the terms of the court's **Order Concerning Defendant's Emergency Motions** [#313], these documents are to be mailed to persons who previously returned executed Consent to Become Party Plaintiff forms which contained improper language and omitted required language. The parties have stipulated to the language in the written explanation of the corrected consent form, as shown in Exhibit A to the **Plaintiff's Notice of Filing** [#327]. The court approves that stipulated language.

---

[1] "[#327]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the language in the written explanation of the corrected Consent to Become Party Plaintiff form, as shown in Exhibit A to the **Plaintiff's Notice of Filing** [#327], is **APPROVED**;

2. That the corrected Consent to Become Party Plaintiff form and the written explanation of the corrected Consent to Become Party Plaintiff form **SHALL BE MAILED** as required in the court's **Order Concerning Defendant's Emergency Motions** [#313]; and

3. That the deadline for the return of a corrected and executed Consent to Become Party Plaintiff form to counsel for the plaintiff or the class administrator **SHALL BE** January 21, 2013.[2]

Dated December 7, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[2] This date is specified to correct an obvious typographical error in paragraph eight of the court's **Order Concerning Defendant's Emergency Motions** [#313], where the court stated that the return deadline is January 21, 2012.

2