IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01840-RM-MJW

TANYA YOUNG, on her own behalf and on behalf of others similarly situated,

Plaintiff(s),

v.

DOLLAR TREE STORES, INC.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant's Motion for Clarification of the Court's April 16, 2013 Minute Order (docket no. 403) is GRANTED consistent with D.C.COLO.LCivR 7.1 C. which states, *in pertinent part*, "... Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed." To clarify this court's April 16, 2013, Minute Order (docket no. 400), Defendant Dollar Tree shall begin its voluntary production of documents to Plaintiff no later than April 30, 2013, but need not be completed by that date, and the content of the production is as described in this motion (docket no. 403).

As the parties are aware, this court, at the April 16, 2013, telephone status conference, wanted to get the voluntary production of documents by Defendant Dollar Tree pertaining to the opt-in plaintiffs to plaintiff's counsel ASAP since Plaintiff's counsel was concerned that the production would be very large [i.e., for approximately 2,000 opt-in plaintiffs], and they wanted such documents as they became available so that they could start reviewing such voluntary document production. This process would minimize the need for formal discovery and would move this case forward to complete discovery timely. It should be noted that such documents were and are currently being gathered by Defendant Dollar Tree for these approximately 2,000 opt-in plaintiffs from over 200 Dollar Tree stores where these opt-in plaintiffs worked throughout the United States. It should also be noted that some of these opt-in plaintiffs worked at more than one Dollar Tree store.

It is FURTHER ORDERED that this case remains set for a Status Conference before Magistrate Judge Watanabe on June 13, 2013 at 9:00 a.m. See docket no. 400.

Date: May 16, 2013