IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 11-cv-01840-RM-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

---

**ORDER DECERTIFYING COLLECTIVE ACTION**

---

THIS MATTER comes before the Court on the Unopposed Motion to Decertify the Collective Action filed by Defendant Dollar Tree Stores, Inc. (ECF No. 423-1) (the "Motion"). Based on a review of the Motion, accompanying exhibits, and the record, Defendant's Motion is GRANTED.

DATED this 27th day of August, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge