IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 11-cv-01840-RM-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

---

**ORDER RE: JOINT MOTION TO AMEND ORDER
DECERTIFYING COLLECTIVE ACTION**

---

Upon consideration of the Parties' Joint Motion to Amend Order Decertifying Collection Action (ECF No. 430), and being fully advised, it is hereby ORDERED:

1. The Parties' Joint Motion to Amend Order Decertifying Collective Action (ECF No. 430) is GRANTED;

2. All Opt-In Plaintiffs remaining in this action other than Plaintiff Tanya Young are dismissed without prejudice effective October 28, 2013;

3. Plaintiff Tanya Young will remain a Plaintiff with respect to her individual claims in this Action; and

4. The Order Decertifying Collective Action (ECF No. 424) remains in effect and unchanged except as modified herein.

DATED *nunc pro tunc* August 27, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge