IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 11-cv-01840-RM-MJW

TAYNA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

## ORDER GRANTING JOINDER OF TWENTY-FOUR OPT-IN PLAINTIFFS

Upon consideration of the Plaintiff's Unopposed Motion for Joinder of Twenty-Four Opt-In Plaintiffs (ECF No. 432), and being fully advised, it is hereby ORDERED:

1. The Plaintiff's Motion for Joinder of Twenty-Four Opt-In Plaintiffs (ECF No. 432) is GRANTED;

2. The following individuals who were formerly Opt-In Plaintiffs are hereby JOINED as party-Plaintiffs for the purposes of implementing settlement: (1) Alisha Kelley; (2) Letti Hayden; (3) Debrah Carracio; (4) Keisha Miller; (5) Cory Candura; (6) John Donohue; (7) Adam Haddock; (8) Raymond Lyons; (9) Konrad Vendrak; (10) Quinala Young; (11) Janet Russell; (12) David Kerschke; (13) David Santiago; (14) Lorelei Campbell; (15) Gaby Thomas; (16) Danes Jado; (17) Thomas Street; (18) Tanisha Moffett; (19) Jerry Godwin; (20) Amy Fuller; (21) Raymond Dery; (22) Katherine Turner; (23) Yolanda Johnson; and (24) Maxine Houston.

DATED October 29, 2013.

BY THE COURT:

                /s/ Raymond P. Moore
                RAYMOND P. MOORE
                United States District Judge