**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:11-cv-01840-RM-MJW

TANYA YOUNG, on her own behalf and
on behalf of others similarly situated,

    Plaintiffs,

v.

DOLLAR TREE STORES, INC.

    Defendant.

---

## ORDER

---

In light of the Order of Dismissal filed in this case on February 28, 2014 (ECF No. 441) and the Notice concerning Plaintiffs Moffett and Turner filed March 26, 2014 (ECF No. 442), the claims of Plaintiffs Tanisha Moffett and Katherine Turner are dismissed without prejudice, except as may otherwise occur by operation of law. The claims of the remaining plaintiffs have already been dismissed with prejudice by prior order of this Court. All future hearings and deadlines set before Judge Raymond P. Moore are hereby VACATED. The clerk of the court shall enter judgment in favor of the Defendant in accordance with this Order, and each party shall bear his, her or its own fees and costs.

DATED this 28th day of March, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge