# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01840-RM-MJW

TANYA YOUNG, on her own behalf and on behalf of others similarly situated,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Doc. No. 443, filed March 28, 2014] of Judge Raymond P. Moore, it is

ORDERED that the claims of Plaintiffs Tanisha Moffett and Katherine Turner are dismissed without prejudice, except as may otherwise occur by operation of law. The claims of the remaining plaintiffs have already been dismissed with prejudice by prior order of Judge Raymond P. Moore. All future hearings and deadlines set before Judge Raymond P. Moore are hereby VACATED. It is

FURTHER ORDERED that judgment shall enter in favor of the Defendant in accordance with Order [443], and each party shall bear his, her or its own fees and costs.

Dated at Denver, Colorado this 31st day of March, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:  s/   Nicholas Richards
                              Nicholas Richards
                              Deputy Clerk